**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 12-cr-00408-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1. MANUEL ZAZUETA-OCHOA**,

    Defendant.

---

## ORDER FOR TIME SERVED
---

PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Wiley Y. Daniel, Senior United States District Judge, on May 2, 2013, it is hereby

ORDERED that Defendant Manuel Zazueta-Ochoa is sentenced to TIME SERVED.

Dated: May 2, 2013.

                          BY THE COURT:

                          s/ Wiley Y. Daniel
                          WILEY Y. DANIEL,
                          SENIOR UNITED STATES DISTRICT JUDGE